UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTE OF HEARING**

*Hearing Information:*
- **Debtor:** JOSE GONZALEZ COLO
- **Joint Debtor:** IVELISSE COLON MORA
- **Case Number:** 09-08393-SEK   Chapter: 13
- **Date / Time / Room:** 2-22-2011   Courtroom #1
- **Bankruptcy Judge:** Sara De Jesus
- **Courtroom Deputy:** MARIBEL MONTALVO

*Matter:*

STATUS CONFERENCE MOTION FOR RELIEF FROM STAY UNDER 362 FILED BY WELLS FARGO BANK, NA   DKT#:127

*Appearances:*
☑ Debtor ☑ Debtor's Attorney ☑ Trustee ☐ US Trustee
☑ Creditors/Others: Marjaliisa Colon for Wells fargo

*Notes and Remarks:* *(Order will be entered electronically)

*Proceedings:*

*Debtors consent to lift of stay in favor of Wells Fargo. (order will be entered electronically) (Property Located in Orlando Florida)

The Order to show cause is vacated and set aside.

Confirmation hearing is scheduled for March 29, 2011 at 9:00am.